No. 85–891. SMITH, AS PERSONAL REPRESENTATIVE OF THE ESTATES OF AUSTIN ET AL. v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON (UNITED STATES,

REAL PARTY IN INTEREST); and SMITH, AS PERSONAL REPRE-
SENTATIVE OF THE ESTATES OF AUSTIN ET AL. *v.* UNITED
STATES. C. A. 9th Cir. Certiorari denied.